RECEIVED

DEC - 2 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

DANA L. BROUSSARD                          CIVIL ACTION NO. 6:13-cv-2872

VERSUS                                     JUDGE DOHERTY

LAFAYETTE CONSOLIDATED                     MAGISTRATE JUDGE HANNA
GOVERNMENT, ET AL

## JUDGMENT

These matters were referred to United States Magistrate Judge Patrick J. Hanna for

report and recommendation.  After an independent review of the record, and consideration

of  objections  filed,  this  Court  concludes  that  the  Magistrate  Judge's  report  and

recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED**

that the defendants' motions  for summary judgment, brought in the alternative to motions

to dismiss under Fed.R.Civ.P.  12(b)(5) and (6) [Rec. Doc. 6-7], are GRANTED, and the

remainder of the plaintiff's claims are thereby DISMISSED with prejudice.

Lafayette, Louisiana, this 2 day of September, December 2014.

Rebecca F. Doherty
United States District Judge