RECEIVED

FEB 1 9 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| DANA L. BROUSSARD | CIVIL ACTION NO. 6:13-cv-2872 |
| VERSUS | JUDGE DOHERTY |
| LAFAYETTE CONSOLIDATED GOVERNMENT, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT

These matters [Rec. Docs. 40, 42] were referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the defendants' motions to tax costs and for attorney fees are GRANTED in part and DENIED in part. The motions are granted relative to the defendants' motions to tax costs in the amounts referenced in the record. The motions are denied relative to the defendants' efforts to recover attorney's fees from Plaintiff pursuant to §1988 as prevailing party defendants.

Lafayette, Louisiana, this 19 day of February, 2015.

Rebecca F. Doherty
United States District Judge