RECEIVED
AUG 1 8 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

DANA L. BROUSSARD                           CIVIL ACTION NO. 6:13-cv-2872

VERSUS                                      JUDGE DOHERTY

LAFAYETTE CONSOLIDATED                      MAGISTRATE JUDGE HANNA
GOVERNMENT, ET AL

## JUDGMENT

The defendants' joint Motion for Sanctions[Rec. Doc. 21] was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the defendants' joint motion for sanctions[Rec. Doc.21] is GRANTED in part and DENIED in part.

The motion is GRANTED to the extent that both counsel for the plaintiff have violated Rule 11(b)(1) and (2), and sanctions are therefore justified. Each of Plaintiff's counsel is to complete 15 hours of continuing legal education dedicated solely to civil rights or §1983 litigation, and 6 hours dedicated solely to counsel's obligation to the court and opposing counsel under Rule 11. This continuing education obligation imposed upon Plaintiff's counsel is in addition to any hours required by or already completed in order to comply with Louisiana Supreme Court Rule XXX. The requirements shall be completed no later than the close of the calendar year 2016, and each counsel shall present to the Court

a certificate demonstrating completion of the required course work.

The motion for sanctions under 28 U.S.C. §1927 is DENIED.

Lafayette, Louisiana, this 14th day of ~~July~~ August 2015.

_____
Rebecca F. Doherty
United States District Judge